ORIGINAL

FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0340

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0340

FILED

JUL 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA, ex rel., TIM FOX,

Plaintiff and Appellee,

v.

ORDER

PHILIP MORRIS, INC., et al.,

Defendants and Appellants.

Appellee State of Montana has moved this Court to suspend the Rules of Appellate Procedure under M. R. App. P. 29 and order an expedited briefing schedule in this matter. Appellants Philip Morris, Inc., et al. (Philip Morris) oppose this motion.

Under M. R. App. P. 13(1), the appellant shall file and serve its brief within 30 days after the date on which the record is filed, the appellee shall serve and file its answer brief within 30 days after service of the appellant's brief, and the appellant may serve and file a reply within 14 days after service of the appellee's answer brief. The State asks to have each of these time limits halved. It maintains that a speedy resolution of this matter is appropriate because this litigation has dragged on for years in the lower courts due to Philip Morris's litigation tactics. Philip Morris denies that its tactics delayed resolution of this matter and further argues that this matter is not appropriate for suspension under Rule 29 and it should be given a full and fair opportunity to brief the issues.

We agree that suspension of the Rules is not warranted in this instance. However, to prevent further delay, we will not routinely grant motions of extension of time for the filing of briefs by either party in this matter.

THEREFORE,

IT IS ORDERED that the State's Motion to suspend the Rules of Appellate Procedure is DENIED.

IT IS FURTHER ORDERED that briefing in this matter will proceed as set forth in M. R. App. P. 13(1).

IT IS FURTHER ORDERED that motions for extension of time for the filing of briefs in this matter will only be granted upon a showing of good cause.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 21st day of July, 2020.

_____

_____

_____

_____

_____
Justices